In the Matter of ALICE C. COGHLAN, Appellant, against S. HOWARD COHEN et al., Constituting the Board of Elections of the City of New York, et al., Respondents.

Argued October 30, 1939; decided October 30, 1939.

*Louis Schack* and *Louis S. Lewis* for appellant.

*William C. Chanler, Corporation Counsel (Paxton Blair* and *Seymour B. Quel* of counsel), for Board of Elections, respondent.

*Mitchell J. Sherwin, Walter A. Lynch* and *Bernard C. McDonnell,* for Percy P. Greenberg, respondent.

Order affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: O'BRIEN, J.